| | |
|---|---|
| 1 | **BLUMENTHAL, NORDREHAUG & BHOWMIK** |
| | Norman B. Blumenthal (State Bar #068687) |
| 2 | Kyle R. Nordrehaug (State Bar #205975) |
| | Aparajit Bhowmik (State Bar #248066) |
| 3 | 2255 Calle Clara |
| | La Jolla, CA 92037 |
| 4 | Telephone: (858)551-1223 |
| | Facsimile: (858) 551-1232 |
| 5 | Firm Website: http://www.bamlawca.com |
| 6 | Attorneys for Plaintiffs |
| 7 | |
| | **GIBSON, DUNN & CRUTCHER LLP** |
| 8 | WILLIAM D. CLASTER, SBN 70549 |
| | WClaster@gibsondunn.com |
| 9 | 3161 Michelson Drive |
| | Irvine, California 92612-4412 |
| 10 | Telephone: (949) 451-3800 |
| | Facsimile: (949) 451-4220 |
| 12 | Attorneys for Defendant |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| STEVIE BETHLEY, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>RAYTHEON COMPANY, and Does 1 to 50,<br><br>            Defendant. | Case No. **SACV10-01741 JVS (MLGx)**<br>(Class Action)<br><br>STIPULATION FOR RELIEF FROM LOCAL RULE 23-3<br><br><br>Judge:      Hon. James V. Selna<br>Court No.:  10C<br><br>Action Filed:     October 7, 2010 |

STIPULATION FOR RELIEF FROM LOCAL RULE 23-3
-1-

1  **WHEREAS**, Plaintiff STEVIE BETHLEY ("Plaintiff") filed this suit as a class action against Defendant RAYTHEON COMPANY ("Defendant") in Orange County Superior Court on October 7, 2010;

4  **WHEREAS**, on November 12, 2010, Defendant removed this action to federal court;

6  **WHEREAS**, Local Rule 23-3 requires Plaintiff to "within 90 days after service of a pleading purporting to commence a class action...file a motion for certification that the action is maintainable as a class action, unless otherwise ordered by the Court";

10  **WHEREAS**, Plaintiff cannot move for class certification in advance of the Local Rule 23-3 deadline because discovery is stayed under Rule 26(f) and the motion cannot reasonably be completed within the Local Rule 23-3 deadline;

13  **NOW, THEREFORE,** Plaintiff and Defendant, through their respective counsel of record, stipulate and request as follows:

15  Subject to Court approval the Parties agree that the automatic timing requirements of Local Rule 23-3 shall not apply in this case and, instead, pursuant to the "unless otherwise ordered" provision of Local Rule 23-3, a customized schedule for addressing a schedule for class certification in this case shall be addressed by the Parties at the early meeting of counsel in advance of the first status conference and be set as part of the initial scheduling order under Rule 16(b) of the Federal Rules of Civil Procedure.

21  **IT IS SO STIPULATED AND AGREED.**

Dated: November 22, 2010     BLUMENTHAL, NORDREHAUG & BHOWMIK

By: */s/ Aparajit Bhowmik*_____
    Aparajit Bhowmik
Attorneys for Plaintiff

Dated: November ___, 2010     GIBSON, DUNN & CRUTCHER LLP

By: _____
    William D. Claster
Attorneys for Defendant

1  **WHEREAS**, Plaintiff STEVIE BETHLEY ("Plaintiff") filed this suit as a class action against Defendant RAYTHEON COMPANY ("Defendant") in Orange County Superior Court on October 7, 2010;

4  **WHEREAS**, on November 12, 2010, Defendant removed this action to federal court;

6  **WHEREAS**, Local Rule 23-3 requires Plaintiff to "within 90 days after service of a pleading purporting to commence a class action...file a motion for certification that the action is maintainable as a class action, unless otherwise ordered by the Court";

10 **WHEREAS**, Plaintiff cannot move for class certification in advance of the Local Rule 23-3 deadline because discovery is stayed under Rule 26(f) and the motion cannot reasonably be completed within the Local Rule 23-3 deadline;

13 **NOW, THEREFORE,** Plaintiff and Defendant, through their respective counsel of record, stipulate and request as follows:

Subject to Court approval the Parties agree that the automatic timing requirements of Local Rule 23-3 shall not apply in this case and, instead, pursuant to the "unless otherwise ordered" provision of Local Rule 23-3, a customized schedule for addressing a schedule for class certification in this case shall be addressed by the Parties at the early meeting of counsel in advance of the first status conference and be set as part of the initial scheduling order under Rule 16(b) of the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED AND AGREED.**

Dated: November ___, 2010        BLUMENTHAL, NORDREHAUG & BHOWMIK

By: _____
    Aparajit Bhowmik
    Attorneys for Plaintiff

Dated: November 22, 2010         GIBSON, DUNN & CRUTCHER LLP

By: _____
    William D. Claster
    Attorneys for Defendant